Robert A. Jones, CA Bar No. 107839
robert.jones@ogletreedeakins.com
Carolyn B. Hall, CA Bar No. 212311
carolyn.hall@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Kevin P. Hishta, *Pro Hac Vice*
kevin.hishta@ogletreedeakins.com
A. Craig Cleland, *Pro Hac Vice*
craig.cleland@ogletreedeakins.com
Margaret S. Hanrahan, *Pro Hac Vice*
maggie.hanrahan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree Street, NE, Suite 4800
Atlanta, GA  30303
Telephone:    404.881.1300
Facsimile:    404.870.1732

Attorneys for Defendant FLOWERS BAKING CO. OF CALIFORNIA, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PORRECA, an individual, and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00732-JAM-MJS<br><br><br><br>**STIPULATION FOR AN ORDER CONTINUING SUBMISSION DATE FOR JOINT STATUS REPORT TO SEPTEMBER 17, 2015** |

1. Plaintiffs, by and through their counsel of record, and Defendants FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability Company, stipulate that the Court may enter an order continuing the parties' time to prepare and submit a Joint Status Report, as required by the Court's order dated July 13, 2015, from September 15, 2015 through and including September 17, 2015. The parties believe there is good cause for the Court to enter such an order, for at least the following reasons:

2. First, the parties had previously scheduled a mediation with experienced mediator Michael Dickstein, Esq., to take place in San Francisco, California on September 28, 2015.[1] Due to unanticipated circumstances making meaningful mediation not possible at the current time, on September 14, 2015, Defendants timely informed Plaintiffs that they had to cancel the previously-scheduled mediation. Defendants subsequently informed the mediator of the same. The parties had not previously prepared a Joint Status Report because, as noted in their Stipulation dated July 13, 2015, the parties believed it would be premature to do so prior to mediation.

3. Immediately after the mediation was cancelled, the parties began working on a Joint Status Report outlining the Nature of the Case, Progress of Service, Amendments, and other information required to be in the Joint Status Report in this District. However, the parties have been unable to complete their preparation of this Joint Report following this recent discussion.

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

Accordingly, the parties hereby stipulate to extend the date set forth in the Court's July 13, 2015 order and respectfully request that the Court continue their time to submit a Joint Status Report in this action from September 15, 2015 through and including September 17, 2015.

/ /
/ /
/ /
/ /
/ /

---

[1] The original mediation date of August 14, 2015 was rescheduled to September 28, 2015.

1                     Case No. 1:15-cv-00732-JAM-MJS
STIPULATION FOR AN ORDER CONTINUING SUBMISSION DATE FOR JOINT STATUS REPORT

1    IT IS SO STIPULATED.

3    DATED: September 15, 2015            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Carolyn B. Hall*
    Robert A. Jones
    Carolyn B. Hall
    Kevin P. Hishta, *Pro Hac Vice*
    A. Craig Cleland, *Pro Hac Vice*
    Margaret S. Hanrahan, *Pro Hac Vice*

Attorneys for Defendant FLOWERS BAKING CO. OF CALIFORNIA, LLC

Dated: September 15, 2015            MELLEN LAW FIRM

By: */s/ Sarah E. Adelaars* (as authorized on 9/15/15)
    Matthew Mellen
    Sarah E. Adelaars

**ORDER**

Based on the foregoing stipulation and for good cause appearing thereon, IT IS SO ORDERED.

September 15, 2015            /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE

22402818.1