UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PORRECA et al., | No. 1:15-cv-00732-DAD-MJS |
| Plaintiffs, | |
| v. | ORDER DENYING AS MOOT MOTION TO DISMISS ACTION AS TO DEFENDANT SAFEWAY, INC., OR ALTERNATIVELY TO DISMISS THE SIXTH AND EIGHTH CAUSES OF ACTION |
| FLOWERS BAKING CO. OF CALIFORNIA, LLC, | |
| Defendant. | |
| | (Doc. No. 22) |

On June 11, 2015, defendant Safeway, Inc. ("Safeway") filed a motion to dismiss some or all claims brought against it by plaintiffs in this action. (Doc. No. 22.) On July 22, 2015, plaintiffs filed an opposition to the motion to dismiss. (Doc. No. 29.) On July 29, 2015, defendant Safeway filed its reply. (Doc. No. 35.) On August 3, 2015, plaintiffs filed a notice of voluntary dismissal of defendant Safeway pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Doc. No. 37), and pursuant to this notice, the court terminated defendant Safeway with respect to this action on August 4, 2015.

/////

/////

/////

1

Accordingly, in light of Safeway's termination from this case, Safeway's motion to dismiss (Doc. No. 22) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 1, 2016**                                   _____
                                                            UNITED STATES DISTRICT JUDGE