UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PORRECA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS BAKING COMPANY OF CALIFORNIA, LLC,<br><br>Defendant. | No. 1:15-cv-00732-DAD-MJS<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME AND LEAVE TO AMEND COMPLAINT<br><br>(Doc. No. 43) |

On March 1, 2016, plaintiffs filed a motion seeking an extension of time and leave to amend their complaint. (Doc. No. 43.) On March 8, 2016, defendant filed a statement of non-opposition to plaintiffs' motion. (Doc. No. 47.) In light of defendant's statement of non-opposition and finding good cause, the court GRANTS plaintiffs' motion. Accordingly,

1. Plaintiffs shall file their first amended complaint within five (5) days of this order; and
2. Defendant shall respond within fourteen (14) days of the filing of the first amended complaint.

IT IS SO ORDERED.

Dated:   **March 21, 2016**

_____
UNITED STATES DISTRICT JUDGE

1