UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PORRECA, et al., | No. 1:15-cv-00732-DAD-MJS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE REQUIRING PLAINTIFFS' PERSONAL APPEARANCE |
| FLOWERS BAKING CO. OF CALIFORNIA, LLC, | ORDER DIRECTING CLERK OF COURT TO SERVE THIS ORDER ON PLAINTIFF |
| Defendant. | |

It is hereby ORDERED that plaintiffs Arturo Gonzalez and Gonzalez and Son, Inc., are to appear **personally** at the continued hearing on their counsel's motion to withdraw on Tuesday, July 5, 2016 at 1:30 P.M. in Courtroom 5 of the Robert E. Coyle United States Courthouse, 2500 Tulare St., Fresno, California and to show cause why that motion should not be granted. In the alternative plaintiffs Gonzalez and Gonzalez and Son, Inc. may appear telephonically, but must contact plaintiffs' counsel, Matthew Mellen, to coordinate a telephonic appearance no later than Thursday, June 30, 2016, in order to do so.

The Clerk of Court is directed to serve this order on plaintiffs Arturo Gonzalez and Gonzalez and Son, Inc. **personally by mail** at the below addresses which have been provided by their counsel:

/////

1

      Arturo Gonzalez
      Gonzalez and Son, Inc.
      5827 Herma Street
      San Jose, CA 95123

    If plaintiffs Arturo Gonzalez and Gonzalez and Son, Inc. no longer wish to pursue this action but rather wish to be dismissed as plaintiffs, they may advise the court of that desire. If not, however, they must appear as ordered. Any failure on their part to comply with this order may result in the dismissal of this action as to them.

IT IS SO ORDERED.

Dated:   **June 24, 2016**                   /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE