Matthew Mellen (Bar No. 233350)
Sarah Shapero (Bar No. 291748)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PORRECA, an individual, BREAD RAXX, INC., a business entity, DAVID AGUERO, an individual, AGUERO, INC., a business entity, CHRISTIAN ANGULO, an individual, CHRIS ANGULO INC., a business entity, GEREME BARRETT, an individual; DONALD BODAN JR, an individual, POMPEII DISTRIBUTION INC.,, a business entity, CHRISTIAN CABICO, an individual; C.I. CABICO, INC., a business entity; DENNIS F. CEKLOVSKY, II, an individual; DFC DISTRIBUTING COMPANY, INC., a business entity; ARTURO GONZALEZ, an individual, GONZALEZ AND SON INC., a business entity, CARLOS GONZALEZ, an individual; CCGE, INC., a business entity; ERIC GUYTON, an individual; TIM JACOBUS, an individual; SCOTT MEDEIROS, an individual; SM DISTRIBUTING, INC., a business entity; KHANG NGUYEN, an individual; DAVID PADIA, an individual, THEE BAKERY CORP., a business entity, NAZAL PARVIN, an individual, PARVIN, INC., a business entity, NICHOLAS SANCHEZ, an individual, SANCHEZ DISTRIBUTING, INC., a business entity, KEVIN SENA, an individual; K. SENA DISTRIBUTION, INC., a business entity; WOON TAM, an individual, T&J DISTRIBUTION, INC., a business entity,<br><br>            Plaintiff(s),<br>      v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and Does 1 through 100, inclusive,<br><br>            Defendants. | Case No.:  1:15-cv-0000732-DAD-MJS<br><br>**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND SUBMISSION OF JOINT SCHEDULING REPORT AND ORDER** |

This stipulation is entered into by and between Plaintiffs, on the one hand, and Defendant Flowers Baking Company of California LLC ("Defendant"), on the other hand, by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, on October 4, 2016, this Court issued an Order setting an Initial Scheduling Conference for November 4, 2016 at 2:30 p.m. (Dkt. No. 67) and requiring that the parties file a Joint Scheduling Report by no later than October 28, 2016;

WHEREAS, Counsel for Plaintiff is unavoidably unavailable to attend the Initial Scheduling Conference by phone or otherwise based on a scheduling conflict that existed prior to the issuance of the October 4, 2016 Order;

WHEREAS, the Parties stipulate and agree that a brief continuance of the Initial Scheduling Conference for two weeks, until November 18, 2016, or as soon thereafter as the Court's schedule permits, is necessary so that Plaintiff's lead trial counsel can be available to participate in the Initial Scheduling Conference;

WHEREAS, the stipulated continuance will not alter the date of any events or additional deadline already fixed by Court order.

It is therefore STIPULTED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 144, that the Initial Scheduling Conference currently set for November 4, 2016 be continued to November 18, 2016, or as soon thereafter as permitted by the Court's schedule.  The Parties will submit a Joint Scheduling Report by no later than one week prior to the date of the continued Initial Scheduling Conference.

DATED:  October 21, 2016                MELLEN LAW FIRM


                                        By: /s/ *Sarah Shapero*
                                            Matthew Mellen
                                            Sarah Shapero
                                            Attorneys for Plaintiffs

DATED:  October 21, 2016         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ *Brian Berry*
    Brian Berry
    Jared Palmer
    Attorneys for Defendant

**ORDER**

**PURSUANT TO STIPULATION,**

The Initial Scheduling Conference currently set for November 4, 2016 in Case No.: 1:15-cv-0000732-DAD-MJS is continued to December 1, 2016 at 10:00 a.m.   Parties may appear telephonically. Telephonic conferences are joined by calling: (888)204-5984 and entering code 4446176. Please email the Courtroom deputy  to indicate if you will be appearing by telephone @ mjsorders@caed.uscourts.gov. A *Joint*  Scheduling Report shall be electronically filed in CM/ECF one (1) full week prior to the  Scheduling Conference and be e-mailed, in Word format, to mjsorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   October 26, 2016              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE