IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY PORRECA, et. al., | 1:15-cv-00732-DAD-MJS |
|---|---|
| Plaintiff, | **ADDENDUM TO SCHEDULING ORDER (ECF No. 73)** |
| v. | |
| FLOWERS BAKING CO. OF CALIFORNIA, LLC., | Mediation or Settlement Conference to be held on or before February 23, 2018 |
| Defendant. | |

The Scheduling Order issued in this case on December 18, 2016, (ECF No. 73), failed to include the following Order applicable to all cases assigned to the Honorable Dale A. Drozd, United States District Judge for the Eastern District of California, for trial:

> The parties are, in any event, ORDERED to commence and conclude, no later than 60 days before the pretrial conference, a mediation or settlement conference presided over by a mutually agreed-upon third party mediator or settlement conference judge. If the parties request, the Court will undertake to appoint a Magistrate Judge or member of the Court's Alternative Dispute Resolution panel to serve as settlement conference judge or mediator at no cost to the parties.

The parties are hereby ORDERED to comply with the provisions of the foregoing paragraph.

IT IS SO ORDERED.

Dated:   February 27, 2017          /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE