ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ELLYN MOSCOWITZ (SBN 129287)
emoscowitz@moscowitzlaw.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

MATTHEW MELLEN (SBN 233350)
email@mellenlawfirm.com
**MELLEN LAW FIRM**
One Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PORRECA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 1:15-cv-00732-DAD-MJS <br><br> **STIPULATION AND ORDER RE FILING OF SECOND AMENDED COMPLAINT** |

Plaintiffs ANTHONY PORRECA, an individual; BREAD RAXX, INC., a business entity; DAVID AGUERO, an individual; AGUERO, INC., a business entity; CHRISTIAN ANGULO, an individual; CHRIS ANGULO INC., a business entity; GEREME BARRETT, an individual; DONALD BODAN JR, an individual; POMPEII DISTRIBUTION INC., a business entity; CHRISTIAN CABICO, an individual; C.I. CABICO, INC., a business entity; DENNIS F. CEKLOVSKY, II, an individual; DFC DISTRIBUTING COMPANY, INC., a business entity; ARTURO GONZALEZ, an individual; GONZALEZ AND SON INC., a business entity; CARLOS GONZALEZ, an individual; CCGE, INC., a business entity; ERIC GUYTON, an individual; TIM JACOBUS, an individual; SCOTT MEDEIROS, an individual; SM DISTRIBUTING, INC., a business entity; KHANG NGUYEN, an individual; DAVID PADIA, an individual; THEE BAKERY CORP., a business entity; NAZAL PARVIN, an individual; PARVIN, INC., a business entity; NICHOLAS SANCHEZ, an individual; SANCHEZ DISTRIBUTING, INC., a business entity; KEVIN SENA, an individual; K. SENA DISTRIBUTION, INC., a business entity; WOON TAM, an individual; and T&J DISTRIBUTION, INC., a business entity (collectively, the "Represented Plaintiffs") and Defendant Flowers Baking Co. of California, LLC ("Defendant"), by and through their undersigned counsel, hereby respectfully submit the following Stipulation and [Proposed] Order to allow for the filing of a Second Amended Complaint.

## **STIPULATION**

WHEREAS, the Represented Plaintiffs desire to clarify certain allegations contained in the First Amended Complaint.

NOW THEREFORE, the parties stipulate and agree that:

1. The Represented Plaintiffs shall file the Second Amended Complaint attached hereto as **Exhibit A** within five days of the Court's approval of this Stipulation.

2. Defendant will file an answer within 30 days from the filing of the Second Amended Complaint. Defendant's answer may include new affirmative defenses.

3. Defendant shall retain the right to seek the deposition of a Represented Plaintiff in

connection with any new claims or causes of action contained in the Second Amended Complaint that were not covered in a Representative Plaintiff's original deposition.

**IT IS SO STIPULATED.**

Dated: September 13, 2017      **KELLER GROVER LLP**

By /s/*Eric A. Grover*
ERIC A. GROVER
ROBERT SPENCER

Attorneys for Plaintiffs

Dated: September 13, 2017      **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By /s/*Brian D. Berry*
BRIAN D. BERRY
JARED L. PALMER

Attorneys for Defendant
FLOWERS BAKING CO. OF CALIFORNIA, LLC

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

Dated: September 13, 2017      **KELLER GROVER LLP**

By /s/*Eric A. Grover*
ERIC A. GROVER
ROBERT SPENCER

Attorneys for Plaintiffs

**ORDER**

Good cause appearing, the above Stipulation is accepted and its terms made the Order of the Court.

IT IS SO ORDERED.

Dated: September 13, 2017     /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE