ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ELLYN MOSCOWITZ (SBN 129287)
emoscowitz@moscowitzlaw.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

MATTHEW MELLEN (SBN 233350)
email@mellenlawfirm.com
**MELLEN LAW FIRM**
One Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY PORRECA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 1:15-cv-00732-DAD-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: May 12, 2015<br>Trial Date: June 19, 2018<br>Judge: Hon. Dale A. Drozd |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER
CASE NO. 1:15-CV-00732-DAD-MJS

Plaintiffs ANTHONY PORRECA, an individual; BREAD RAXX, INC., a business entity; DAVID AGUERO, an individual; AGUERO, INC., a business entity; CHRISTIAN ANGULO, an individual; CHRIS ANGULO INC., a business entity; GEREME BARRETT, an individual; DONALD BODAN JR, an individual; POMPEII DISTRIBUTION INC., a business entity; CHRISTIAN CABICO, an individual; C.I. CABICO, INC., a business entity; DENNIS F. CEKLOVSKY, II, an individual; DFC DISTRIBUTING COMPANY, INC., a business entity; ARTURO GONZALEZ, an individual; GONZALEZ AND SON INC., a business entity; CARLOS GONZALEZ, an individual; CCGE, INC., a business entity; ERIC GUYTON, an individual; TIM JACOBUS, an individual; SCOTT MEDEIROS, an individual; SM DISTRIBUTING, INC., a business entity; KHANG NGUYEN, an individual; DAVID PADIA, an individual; THEE BAKERY CORP., a business entity; NAZAL PARVIN, an individual; PARVIN, INC., a business entity; NICHOLAS SANCHEZ, an individual; SANCHEZ DISTRIBUTING, INC., a business entity; KEVIN SENA, an individual; K. SENA DISTRIBUTION, INC., a business entity; WOON TAM, an individual; and T&J DISTRIBUTION, INC., a business entity (collectively, the "Represented Plaintiffs") and Defendant Flowers Baking Co. of California, LLC ("Defendant"), by and through their undersigned counsel, hereby respectfully submit the following Stipulation and [Proposed] Order to Continue Trial and Modify Scheduling Order. As outlined below, the Parties request that the trial be continued from June 19, 2018 to a date in December 2018, to permit the Parties to complete the remaining discovery and allow for time to parties in this case and *Brownfield, et al. v. Flowers Baking Co. of California, LLC*, USDC ED CA Case No. 2:15-cv-02034-JAM-AC ("*Brownfield*") to engage in a global mediation before the deadline to complete costly expert reports and the last day to file dispositive motions.[1]

By Order dated December 8, 2016, the Court set the trial date for June 19, 2018. Since that time, the Parties in this case and *Brownfield* have engaged in extensive discovery, including the taking of 27 depositions. The Parties expect to have all non-expert discovery completed by December 31, 2017. With discovery winding down, the parties have met and conferred and

---

[1] The *Brownfield* case involves seven individual plaintiffs and several related entities. Counsel for the parties herein represent the parties in *Brownfield*.

- 1 -
STIPULATION AND ORDER TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER CASE NO. 1:15-CV-00732-DAD-MJS

agreed to attempt a global mediation of all claims and causes of action in both this case and *Brownfield*. The Parties are currently working on getting a mediation set over two or three days in the first quarter of 2018.[2]

In the meantime, the Parties would like to avoid what collectively would be a six-figure expense to engage experts to prepare disclosures and reports by the current October 2, 2017 deadline. The Parties would rather focus on possible settlement and only turn to the expert disclosures in the event not all of the individual Plaintiffs resolve their actions through mediation. Similarly, the Parties would like to save the time and expense of preparing and filing dispositive motions by the current December 22, 2017 deadline, as their respective resources would be better spent attempting to resolve all or least some of the plaintiffs' claims in the two cases.

## **STIPULATION**

WHEREAS, the Parties have been actively and diligently engaged in discovery, cooperatively conducting extensive discovery without the need of court intervention;

WHEREAS, the Parties have conducted extensive written discovery, including propounding and responding to interrogatories, requests for admission and requests for production of documents;

WHEREAS, the Parties have produced nearly 500,000 pages of documents;

WHEREAS, 27 depositions have been conducted, some of which may require additional time to complete and at least another eleven individual depositions and 30(b)(6) depositions are being scheduled for the coming months;

WHEREAS, with discovery winding down, the Parties seek to engage in a productive mediation in the first quarter of 2018;

WHEREAS, the Court in *Brownfield* has approved a request to continue the trial date and other deadlines in that case, with a new trial date of October 29, 2018 (*Brownfield* Dkt. 49);

WHEREAS, for the reasons outlined above, the Parties request that that the deadlines for disclosing experts, disclosing rebuttal experts, the discovery and expert discovery cutoff dates,

---

[2] The mediators the parties are considering have availability in the first quarter of 2018.

and the dispositive motion filing and hearing deadlines all be continued, as set forth below;

WHEREAS, for the reasons outlined above, the Parties request that the June 19, 2018 trial date be continued to a date on or after December 3, 2018; and

NOW THEREFORE, the Parties agree and stipulate to the new deadlines below:

|  | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Expert Disclosures: | October 2, 2017 | June 1, 2018 |
| Supplemental/Rebuttal Discl: | October 16, 2017 | June 15, 2018 |
| Expert Discovery Cutoff: | November 22, 2017 | July 13, 2018 |
| Discovery Cutoff: | November 22, 2017 | December 31, 2017 |
| Last Day to File Dispositive Motions: | December 22, 2017 | July 27, 2018 |
| Hearing Date for Dispositive Motions | February 16, 2018 at 9:30 a.m. | TBD by the Court |
| Mediation Completion Date: | February 23, 2018 | March 31, 2018 |
| Final Pretrial Conference: | April 23, 2018 at 3:30 p.m. | TBD by the Court |
| Trial: | June 19, 2018 at 1:00 p.m. | TBD by the Court |

| | |
|---|---|
| Dated: September 25, 2017 | **KELLER GROVER LLP** |
| | By /s/*Eric A. Grover*<br>ERIC A. GROVER<br>ROBERT SPENCER |
| | Attorneys for Plaintiffs |
| Dated: September 25, 2017 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| | By /s/*Brian D. Berry*<br>BRIAN D. BERRY<br>JARTED L. PALMER |
| | Attorneys for Defendant<br>FLOWERS BAKING CO. OF CALIFORNIA, LLC |

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

| | |
|---|---|
| Dated: September 25, 2017 | **KELLER GROVER LLP** |
| | By /s/*Eric A. Grover*<br>ERIC A. GROVER<br>ROBERT SPENCER |
| | Attorneys for Plaintiffs |

## **ORDER**

Pursuant to the foregoing Stipulation and good cause having been shown, the Scheduling Order in this case is modified to establish the following new dates and deadlines, but in no other respect:

| Event: | New Deadline: |
|---|---|
| Expert Disclosures: | June 1, 2018 |
| Supplemental/Rebuttal Discl: | June 15, 2018 |
| Expert Discovery Cutoff: | July 13, 2018 |
| Discovery Cutoff: | December 31, 2017 |
| Last Day to File Dispositive Motions: | July 27, 2018 |
| Hearing Date for Dispositive Motions | September 4, 2018, at 9:30 a.m. |
| Mediation Completion Date: | **November 12, 2018**[3] |
| Final Pretrial Conference: | November 13, 2018, at 1:30 p.m. |
| Trial: | January 8, 2019, at 8:30 p.m. |

---

[3] Good faith mediation must be held before the pretrial conference, but mediation efforts otherwise should not end prematurely.

IT IS SO ORDERED.

Dated: October 10, 2017          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE