# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PORRECA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS BAKING CO. OF CALIFORNIA, LLC, et al., <br><br> Defendants. | Case No. 1:15-cv-00732-DAD-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 88) <br><br> AUGUST 13, 2018 DEADLINE |

On July 12, 2018, Defendant Flowers Baking Co. of California LLC, the only remaining defendant, filed a notice of settlement informing the Court that Plaintiffs Anthony Porreca, Bread Raxx, Inc., David Aguero, Christian Angulo, Chris Angulo Inc., Gereme Barrett, Donald Bodan Jr., Pompeii Distribution Inc., Christian Cabico, C.I. Cabico, Inc., Dennis F. Ceklovsky, II, DFC Distributing Company, Inc., Arturo Gonzalez, Gonzalez and Son Inc., Carlos Gonzalez, CCGE, Inc., Eric Guyton, Tim Jacobus, SM Distributing, Inc., Khang Nguyen, David Padia, Thee Bakery Corp., Nazal Parvin, Parvin, Inc., Nicholas Sanchez, Sanchez Distributing, Inc., Kevin Sena, K. Sena Distribution, Inc., Woon Tam, and T&J Distribution, Inc. have reached settlement with Defendant Flowers Baking Co. of California, LLC. (ECF No. 88.)

The Court notes that two plaintiffs, Aguero, Inc. and Scott Medeiros, are not mentioned in the notice of settlement. If the omission of these two plaintiffs from the notice of settlement

was a typographical error, Plaintiffs Aguero, Inc. and Scott Medeiros should file a notice of settlement indicating that they have also settled their claims.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before August 13, 2018; and
2. All pending matters and dates are VACATED as to Plaintiffs Anthony Porreca, Bread Raxx, Inc., David Aguero, Christian Angulo, Chris Angulo Inc., Gereme Barrett, Donald Bodan Jr., Pompeii Distribution Inc., Christian Cabico, C.I. Cabico, Inc., Dennis F. Ceklovsky, II, DFC Distributing Company, Inc., Arturo Gonzalez, Gonzalez and Son Inc., Carlos Gonzalez, CCGE, Inc., Eric Guyton, Tim Jacobus, SM Distributing, Inc., Khang Nguyen, David Padia, Thee Bakery Corp., Nazal Parvin, Parvin, Inc., Nicholas Sanchez, Sanchez Distributing, Inc., Kevin Sena, K. Sena Distribution, Inc., Woon Tam, and T&J Distribution, Inc.

IT IS SO ORDERED.

Dated: **July 13, 2018**

UNITED STATES MAGISTRATE JUDGE