# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PORRECA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00732-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 91)<br><br>AUGUST 13, 2018 DEADLINE |

On July 18, 2018, Defendant Flowers Baking Co. of California LLC, the only remaining defendant, filed a notice of settlement informing the Court that Plaintiffs Aguero, Inc. and Scott Medeiros have reached settlement with Defendant Flowers Baking Co. of California, LLC. (ECF No. 91.) All parties have now reached settlement.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before August 13, 2018; and
2. All pending matters and dates, except the dispositional document deadline, are VACATED.

IT IS SO ORDERED.

Dated: __**July 19, 2018**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1